**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**ONE 1952 PIPER TRI-PACER AIR-
CRAFT, Defendant,**

**Samuel L. Kranzthor, Owner, Defendant-
Appellant.**

**No. 30904.**

United States Court of Appeals,
Fifth Circuit.

June 7, 1971.

Lee A. Chagra, El Paso, Tex., for defendant-appellant.

Ralph E. Harris, Asst. U. S. Atty., El Paso, Tex., Seagal V. Wheatley, U. S. Atty., San Antonio, Tex., for plaintiff-appellee.

Before GOLDBERG, GODBOLD and RONEY, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

---

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.

**SOUTHWESTERN FUND SALES, INC.,
Plaintiff-Appellant,**

v.

**SHAREHOLDERS MANAGEMENT COMPANY, Enterprise Fund, Inc., and Harbor Fund, Inc., Defendants-Appellees.**

**No. 71-1272
Summary Calendar.***

United States Court of Appeals,
Fifth Circuit.

June 4, 1971.

Melvin Potash, Harry Lee Hudspeth, Potash & Bernat, Inc., El Paso, Tex., for plaintiff-appellant.

J. F. Hulse, El Paso, Tex., Roy W. McDonald, New York City, Scott, Hulse, Marshall & Feuille, El Paso, Tex., for defendants-appellees; Roger W. Kapp, Daniel R. Murdock, Donovan, Leisure, Newton & Irvine, New York City, of counsel.

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

---

* Rule 18, 5 Cir. See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.